PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
C.241-6399.NF

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re                                              Bk. No. 13-22363-TPA

Eugene Ashley, Jr. And Rochelle D. Ashley,         Chapter 13

    Debtors.
_____/

**REQUEST FOR SPECIAL NOTICE**

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 1648 Jamestown Place, Pittsburgh, PA 15235 (Loan No. XXXX9167), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: November 10, 2017    By /s/ Dean R. Prober
                                                DEAN R. PROBER, ESQ., CA BAR # 106207
                                                As Agent for Claimant

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Marine Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 11/14/2017, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Eugene Ashley, Jr.
Rochelle D. Ashley
1648 Jamestown Place
Pittsburgh, PA 15235
Debtors

Russell A. Burdelski, Esquire
The Law Offices of Russell A. Burdelski
1020 Perry Highway
Pittsburgh, PA  15237-2109
Attorney for Debtors

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 11/14/2017, at Woodland Hills, California.

/s/ Marine Gaboyan