FILED
6/12/18 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Eugene Ashley, Jr. ) | Case No.: 13-22363TPA |
| Rochelle D. Ashley ) | Chapter 13 |
|     Debtors ) | |
| _____ ) | Related to Document No. 85 |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 7 |
| Trustee, ) | |
| ) | |
|     Movant, ) | |
| ) | |
|     Vs. ) | |
| ACBA Federal Credit Union ) | |
|     Respondent(s) ) | |

## ORDER OF COURT

AND NOW, this __12th__ day of _____June_____, 2018, upon consideration of the Trustee's Objection to Claim No. 7 and any responses thereto, it is hereby ORDERED that Claim No. 7 of ACBA Federal Credit Union is disallowed.

BY THE COURT:

_____
U.S. Bankruptcy Judge

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Eugene Ashley, Jr.  
Rochelle D. Ashley  
        Debtors

Case No. 13-22363-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: amaz      Page 1 of 1      Date Rcvd: Jun 12, 2018  
                     Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.  
db/jdb          +Eugene Ashley, Jr.,    Rochelle D. Ashley,    1648 Jamestown Place,    Pittsburgh, PA 15235-4922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13659088        +Fax: 412-391-1945 Jun 13 2018 01:42:36     ACBA FEDERAL CREDIT UNION,    400 STANWIX STREET,         STE 1065,    Pittsburgh, PA 15222-1311  
                                                                                                                                                                    TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:  
         Andrew F Gornall     on behalf of Creditor     THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC. andygornall@latouflawfirm.com  
         James Warmbrodt     on behalf of Creditor     THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC. bkgroup@kmllawgroup.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft     on behalf of Creditor     Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         Russell A. Burdelski     on behalf of Joint Debtor Rochelle D. Ashley atyrusb@choiceonemail.com  
         Russell A. Burdelski     on behalf of Plaintiff Rochelle D. Ashley atyrusb@choiceonemail.com  
         Russell A. Burdelski     on behalf of Debtor Eugene  Ashley, Jr. atyrusb@choiceonemail.com  
         Russell A. Burdelski     on behalf of Plaintiff Eugene  Ashley, Jr. atyrusb@choiceonemail.com  
         S. James Wallace     on behalf of Creditor     Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                             TOTAL: 10