IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 13-22363TPA |
| Eugene Ashley, Jr. | ) | Chapter 13 |
| Rochelle D. Ashley | ) | |
|     Debtor(s) | ) | |
| | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
|     Vs. | ) | |
| Eugene Ashley, Jr. | ) | |
| Rochelle D. Ashley | ) | |
|     Respondent(s) | ) | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the Motion to Dismiss with a proposed Order of Court and Notice of Hearing upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Eugene and Rochelle Ashley
1648 Jamestown Place
Pittsburgh PA 15235

Russell Burdelski, Esquire
1020 Perry Highway
Pittsburgh PA 15237

6-28-18

/S/ Dianne DeFoor_____
Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566