**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/25/18 8:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　EUGENE ASHLEY, JR.<br>ROCHELLE D. ASHLEY<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　　vs.<br>　EUGENE ASHLEY, JR.<br>ROCHELLE D. ASHLEY<br><br>　　　Respondents | Case No.13-22363TPA<br><br>Chapter 13<br><br>Document No. __102__ |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___25th___ day of ___July___, 20_18_ it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　　Norfolk Southern Corp
　　　　　Attn: Payroll Manager
　　　　　110 Franklin Rd Se
　　　　　Roanoke,VA 24042

is hereby ordered to immediately terminate the attachment of the wages of EUGENE ASHLEY, JR., social security number XXX-XX-1663.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of EUGENE ASHLEY, JR..

cc: Debtor(s)
　　Debtor(s) Attorney

BY THE COURT:

_/s/ Ronda J. Winnecour_     jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 13-22363-TPA
Eugene Ashley, Jr.                                              Chapter 13
Rochelle D. Ashley
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: bsil              Page 1 of 1              Date Rcvd: Jul 25, 2018
                               Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db/jdb         +Eugene Ashley, Jr.,   Rochelle D. Ashley,   1648 Jamestown Place,   Pittsburgh, PA 15235-4922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC.
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Joint Debtor Rochelle D. Ashley atyrusb@choiceonemail.com
              Russell A. Burdelski    on behalf of Plaintiff Rochelle D. Ashley atyrusb@choiceonemail.com
              Russell A. Burdelski    on behalf of Debtor Eugene  Ashley, Jr. atyrusb@choiceonemail.com
              Russell A. Burdelski    on behalf of Plaintiff Eugene  Ashley, Jr. atyrusb@choiceonemail.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10