Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Eugene Ashley Jr.** | : | Case No. 13−22363−TPA |
| **Rochelle D. Ashley** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 104 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 9/19/18 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this *The 27th of July, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 104 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before September 10, 2018**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **September 19, 2018 at 12:00 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

    (4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

 

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-22363-TPA
Eugene Ashley, Jr.                                                        Chapter 13
Rochelle D. Ashley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: jmar            Page 1 of 2            Date Rcvd: Jul 27, 2018
                            Form ID: 300a         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.
```
db/jdb       +Eugene Ashley, Jr.,    Rochelle D. Ashley,    1648 Jamestown Place,    Pittsburgh, PA 15235-4922
aty          +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
               Pittsburgh, PA 15219-2719
cr           +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr            Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr           +The Bank of New York Mellon, et al,    c/o Prober & Raphael, A Law Corporation,
               20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
13659090     +BAC HOME LOANS,    PO BOX 650070,    Dallas, TX 75265-0070
13649920     +BANK OF AMERICA,    C/O KEVIN T. MCQUAIL, ESQ.,    123 SOUTH BROAD ST, STE 2080,
               Philadelphia, PA 19109-1031
13649919      BANK OF AMERICA,    PO BOX 650070,    Dallas, TX 75265-0070
13662449     +BENEFICIAL CONSUMER DISCOUNT COMPANY,    636 GRAND REGENCY BLVD.,    BRANDON, FL. 33510-3942
13659093     +CREDIT ACCEPTANCE,    PO BOX 5009,    Southfield, MI 48086-5009
14741555     +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13651146     +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13659094     +DOMINION PEOPLE,    PO BOX 298,    Pittsburgh, PA 15230-0298
13686367     +Dominion Retail,    PO Box 298,    Pittsburgh, PA 15230-0298
13659095     +EASTERN PITTSBURGH BELL,    539 RODI ROAD,    Pittsburgh, PA 15235-4523
13683014     +ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
13659097     +HSBC-BENEFICIAL,    PO BOX 3425,    Buffalo, NY 14240-3425
13681961      The Bank of New York Mellon FKA The Bank of New Yo,    c/o Bank of America, N.A.,
               P.O. Box 660933,    Dallas, TX 75266-0933
13659099     +UNIVERSAL DATA SERVICE,    PO BOX 148,    Saint Joseph, MO 64502-0148
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28      GREEN TREE SERVICING LLC,
               PO BOX 6154,    RAPID CITY, SD  57709-6154
13659088     +Fax: 412-391-1945 Jul 28 2018 02:51:04      ACBA FEDERAL CREDIT UNION,    400 STANWIX STREET,
               STE 1065,    Pittsburgh, PA 15222-1311
13659089     +E-mail/Text: bknotices@conduent.com Jul 28 2018 02:33:27      ACS,   PO BOX 371821,
               Pittsburgh, PA 15250-7821
13675781     +E-mail/Text: kburkley@bernsteinlaw.com Jul 28 2018 02:33:08      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
13659096     +E-mail/Text: smitht213@yahoo.com Jul 28 2018 02:33:31
               EASTERN PITTSBURGH BELL FEDERAL CREDIT U,    539 RODI RD,    PO BOX 17450,
               Pittsburgh, PA 15235-0450
13978324      E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28      Green Tree Servicing LLC,
               P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
13927111     +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2018 02:38:48      Green Tree Servicing LLC,
               7340 S. Kyrene Rd. T-120,    Tempe ,AZ 85283-4573
13724376      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2018 02:38:34
               LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13659098     +E-mail/PDF: clerical@simmassociates.com Jul 28 2018 02:38:54      SIMM ASSOC. INC,,
               800 PENCADER DRIVE,    Newark, DE 19702-3354
                                                                                              TOTAL: 9
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr            THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
cr*          +Carrington Mortgage Services, LLC,,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13659092*    +BANK OF AMERICA,    C/O KEVIN T. MCQUAIL, ESQ.,    123 SOUTH BROAD ST, STE 2080,
               Philadelphia, PA 19109-1031
13659091*     BANK OF AMERICA,    PO BOX 650070,    Dallas, TX 75265-0070
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2              User: jmar                    Page 2 of 2                   Date Rcvd: Jul 27, 2018
                                  Form ID: 300a                 Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC.
               andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Plaintiff Eugene   Ashley, Jr. atyrusb@choiceonemail.com
              Russell A. Burdelski    on behalf of Joint Debtor Rochelle D. Ashley atyrusb@choiceonemail.com
              Russell A. Burdelski    on behalf of Plaintiff Rochelle D. Ashley atyrusb@choiceonemail.com
              Russell A. Burdelski    on behalf of Debtor Eugene   Ashley, Jr. atyrusb@choiceonemail.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10
```