**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

Eugene & Rochelle Ashley, Debtor(s)  )  Case No. 13-22363-TPA
                                     )
-------------------------------------)
                                     )
Eugene & Rochelle Ashley, Debtor(s)  )
                                     )  Chapter 13
         Debtor(s)/movant(s)         )  Filed under local Bankr.
                                     )  Rule 3012

**DEBTOR'S CERTIFICATION
OF DISCHARGE ELIGIBILITY**

1. The Debtor(s) have/has made all payments required by the Chapter 13 plan.

2. As of the date of this certification, the **Debtor(s)** has not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation.

3. The Debtor(s) is /are entitled to receive a discharge under the terms of Section 1328 of the Bankruptcy Code. I / We **HAVE NOT** received a prior discharge in a case filed under Chapter 7, 11, or 12 of this title during the time frames specified in 11 USC section 1328(f)(1). Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On 1/13/14, at docket number _66__ the debtor(s) complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing the *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management* with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel who duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Respectfully submitted,

BURDELSKI LAW OFFICES

DATE__7/30/18_            /s/<u>Russell A. Burdelski, Esquire</u>
                          Russell A. Burdelski, PA ID 72688
                          Burdelski Law Offices
                          1020 Perry Hwy
                          Pittsburgh, PA 15237
                          atyrusb@choiceonemail.com
                          (412) 366 – 1511