**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Eugene Ashley, Jr. |
| Debtor 2 (Spouse, if filing) | Rochelle D. Ashley |
| United States Bankruptcy Court for the: | Western      District of PA (State) |
| Case number | 13-22363-TPA |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:   Mortgage Information

**Name of creditor:** The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account:   9  1  6  7

**Property address:** 1648 Jamestown Place
Number      Street

Pittsburgh          PA      15235
City                State    ZIP Code

## Part 2:   Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:        $ _____

## Part 3:   Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   09 / 01 / 2018
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:                              (a)   $ _____

b.   Total fees, charges, expenses, escrow, and costs outstanding:     + (b)   $ _____

c.   **Total**. Add lines a and b.                                          (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     ___ / ___ / ___
                                              MM / DD / YYYY

Case 13-22363-TPA   Doc 114   Filed 08/24/18   Entered 08/24/18 15:06:16   Desc Main
Document     Page 2 of 3

Debtor 1 __Eugene Ashley, Jr._____   Case number (*if known*) _13-22363-TPA_____
First Name   Middle Name   Last Name

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ _____   Date _8_/_24_/_2018_
Signature

Print __Alexander_____Meissner_____   Title _Attorney_____
First Name   Middle Name   Last Name

Company __Prober & Raphael, A Law Corporation_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address __20750 Ventura Blvd, Suite 100_____
Number   Street

__Woodland Hills_____CA_____91364___
City   State   ZIP Code

Contact phone ( _818_ ) _227_ – _0100_____   Email _cmartin@pralc.com_____

A

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Marine Gaboyan                          , certify that I am a resident of the County

aforesaid; I am over the age of 18 years and not a party to the within action; my business address is

20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On  08/24/2018                          , I served the within STATEMENT IN

RESPONSE TO NOTICE OF FINAL CURE PAYMENT on all interested parties in this proceeding by

placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United

States Mail at Woodland Hills, California, addressed as follows:

Eugene Ashley, Jr.
Rochelle D. Ashley
1648 Jamestown Place
Pittsburgh, PA 15235

Russell A. Burdelski
The Law Offices of Russell A.
Burdelski
1020 Perry Highway
Pittsburgh, PA 15237-2109

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

I declare that I am employed in the office of a member of the Bar at whose direction this

service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on        08/24/2018                     at Woodland Hills, California.

/s/ Marine Gaboyan

1