FILED
9/12/18 12:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    EUGENE ASHLEY, JR.
    ROCHELLE D. ASHLEY
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:13-22363 TPA

Chapter 13

Document No.: 104

## ORDER OF COURT

AND NOW, this __12th__ day of __September__, 2018, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-22363-TPA
Eugene Ashley, Jr.                                                        Chapter 13
Rochelle D. Ashley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 2              Date Rcvd: Sep 12, 2018
                              Form ID: pdf900         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
db/jdb         +Eugene Ashley, Jr.,    Rochelle D. Ashley,    1648 Jamestown Place,    Pittsburgh, PA 15235-4922
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                Pittsburgh, PA 15219-2719
cr             +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr             +The Bank of New York Mellon, et al,    c/o Prober & Raphael, A Law Corporation,
                20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
13659090       +BAC HOME LOANS,    PO BOX 650070,   Dallas, TX 75265-0070
13649920       +BANK OF AMERICA,    C/O KEVIN T. MCQUAIL, ESQ.,   123 SOUTH BROAD ST, STE 2080,
                Philadelphia, PA 19109-1031
13649919        BANK OF AMERICA,    PO BOX 650070,   Dallas, TX 75265-0070
13662449       +BENEFICIAL CONSUMER DISCOUNT COMPANY,    636 GRAND REGENCY BLVD.,   BRANDON, FL. 33510-3942
13659093       +CREDIT ACCEPTANCE,    PO BOX 5009,   Southfield, MI 48086-5009
14741555       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,   Anaheim, CA 92806-5951
13651146       +Credit Acceptance,    25505 West Twelve Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
13659094       +DOMINION PEOPLE,    PO BOX 298,   Pittsburgh, PA 15230-0298
13686367       +Dominion Retail,    PO Box 298,   Pittsburgh, PA 15230-0298
13659095       +EASTERN PITTSBURGH BELL,    539 RODI ROAD,   Pittsburgh, PA 15235-4523
13683014       +ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408
13659097       +HSBC-BENEFICIAL,    PO BOX 3425,   Buffalo, NY 14240-3425
13681961        The Bank of New York Mellon FKA The Bank of New Yo,    c/o Bank of America, N.A.,
                P.O. Box 660933,    Dallas, TX 75266-0933
13659099       +UNIVERSAL DATA SERVICE,    PO BOX 148,   Saint Joseph, MO 64502-0148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy.bnc@ditech.com Sep 13 2018 02:23:56     GREEN TREE SERVICING LLC,
                PO BOX 6154,   RAPID CITY, SD  57709-6154
13659088       +Fax: 412-391-1945 Sep 13 2018 03:19:18      ACBA FEDERAL CREDIT UNION,   400 STANWIX STREET,
                STE 1065,   Pittsburgh, PA 15222-1311
13659089       +E-mail/Text: bknotices@conduent.com Sep 13 2018 02:26:30     ACS,   PO BOX 371821,
                Pittsburgh, PA 15250-7821
13675781       +E-mail/Text: kburkley@bernsteinlaw.com Sep 13 2018 02:26:11     Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13659096       +E-mail/Text: smitht213@yahoo.com Sep 13 2018 02:26:33
                EASTERN PITTSBURGH BELL FEDERAL CREDIT U,    539 RODI RD,   PO BOX 17450,
                Pittsburgh, PA 15235-0450
13978324        E-mail/Text: bankruptcy.bnc@ditech.com Sep 13 2018 02:23:56     Green Tree Servicing LLC,
                P.O. Box 6154,   Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
13927111       +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 02:44:32     Green Tree Servicing LLC,
                7340 S. Kyrene Rd. T-120,    Tempe ,AZ 85283-4573
13724376        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2018 02:45:29
                LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13659098       +E-mail/PDF: clerical@simmassociates.com Sep 13 2018 02:45:18     SIMM ASSOC. INC,,
                800 PENCADER DRIVE,    Newark, DE 19702-3354
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
cr*            +Carrington Mortgage Services, LLC,,    1600 South Douglass Road,   Anaheim, CA 92806-5951
13659092*      +BANK OF AMERICA,    C/O KEVIN T. MCQUAIL, ESQ.,   123 SOUTH BROAD ST, STE 2080,
                Philadelphia, PA 19109-1031
13659091*       BANK OF AMERICA,    PO BOX 650070,   Dallas, TX 75265-0070
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2               User: aala                  Page 2 of 2                   Date Rcvd: Sep 12, 2018
                                   Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC.
               andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Plaintiff Eugene   Ashley, Jr. atyrusb@choiceonemail.com
              Russell A. Burdelski    on behalf of Joint Debtor Rochelle D. Ashley atyrusb@choiceonemail.com
              Russell A. Burdelski    on behalf of Plaintiff Rochelle D. Ashley atyrusb@choiceonemail.com
              Russell A. Burdelski    on behalf of Debtor Eugene   Ashley, Jr. atyrusb@choiceonemail.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10
```