**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

EUGENE ASHLEY, JR.
ROCHELLE D. ASHLEY
     Debtor(s)

Case No.:13-22363 TPA

Ronda J. Winnecour
     Movant
     vs.
No Repondents.

Document No.:

---

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 06/01/2013  and confirmed on 08/16/2013 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 178,986.18 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 178,986.18 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,454.30 | |
|   Trustee Fee | 7,073.36 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,527.66 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CARRINGTON MORTGAGE SERVICES LLC | 0.00 | 94,606.48 | 0.00 | 94,606.48 |
|   Acct: 9167 | | | | |
| CARRINGTON MORTGAGE SERVICES LLC | 54,023.84 | 54,023.84 | 0.00 | 54,023.84 |
|   Acct: 9167 | | | | |
| | | | | 148,630.32 |
| **Priority** | | | | |
| RUSSELL A BURDELSKI ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| EUGENE ASHLEY, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAW OFFICES OF RUSSELL A BURDELSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RUSSELL A BURDELSKI ESQ* | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RUSSELL A BURDELSKI ESQ* | 1,754.30 | 1,754.30 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX6-13 | | | | |

* * * N O N E * * *

| 13-22363 TPA | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 139.48 | 37.92 | 0.00 | 37.92 |
| Acct: 6004 | | | | |
| GREEN TREE SERVICING LLC | 53,674.37 | 14,593.35 | 0.00 | 14,593.35 |
| Acct: 9308 | | | | |
| ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4678 | | | | |
| ECMC(*) | 13,488.18 | 3,667.26 | 0.00 | 3,667.26 |
| Acct: 9714 | | | | |
| CREDIT ACCEPTANCE CORP* | 1,139.66 | 309.86 | 0.00 | 309.86 |
| Acct: 2930 | | | | |
| DOMINION RETAIL INC* | 404.61 | 110.00 | 0.00 | 110.00 |
| Acct: 7521 | | | | |
| EASTERN PITTSBURGH BELL F.C.U. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0650 | | | | |
| EASTERN PITTSBURGH BELL F.C.U. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0650 | | | | |
| SIMM ASSOC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0272 | | | | |
| UNIVERSAL DATA SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2089 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 403.91 | 109.81 | 0.00 | 109.81 |
| Acct: 0272 | | | | |
| EQUITABLE GAS CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 18,828.20 |

TOTAL PAID TO CREDITORS                                                                              167,458.52

TOTAL CLAIMED
PRIORITY                    0.00
SECURED               54,023.84
UNSECURED            69.250.21

Date: 09/20/2018                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD
PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.co
m